**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EFRAIN BARIOS-PEREZ,

Petitioner,

v.

CHRISTOPHER LA ROSE, et, al.,

Respondents.

Case No.:  26-cv-1949-BJC-VET

**ORDER DISMISSING CASE**

Petitioner Efrain Barrios-Perez has two cases pending before this Court. On March 13, 2026, Petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus along with a Motion to Appoint Counsel and Motion for Temporary Restraining Order ("TRO") in case number 26-cv-1622-BJC-VET. On March 16, 2026, the Court issued an Order to Show Cause why Petition should not be dismissed for failure to pay the filing fee, requiring Petitioner to pay the fee no later than May 18, 2026.  ECF No. 4. On May 11, 2026, Petitioner paid the $5 filing fee.

While that case was pending, Petitioner, through Attorney David Szeles, filed a Petition for a temporary restraining order on March 27, 2026, which was assigned case number 26-cv-1949-JES-VET. ECF No. 1. On March 30, 2026, the Court issued a scheduling order in that case.

On March 31, 2026, Attorney Szeles filed (1) a Notice of Appearance and a Notice

26-cv-1949-BJC-VET

of Related Case in case number 26-cv-1622-BJC-VET; and (2) a Notice of Related case in 26-cv-1949-JES-VET. On April 1, 2026, case number 26-cv-1949-JES-VET was transferred to this Court's docket and on April 6, 2026, Respondents filed a Return.

On June 25, 2026, the Court issued an Order to Show cause why this case should not be dismissed as an abuse of the writ because the claims raised in 26-cv-1949-BJC-VET could and should have been raised in the prior habeas petition. *Petrocelli v. Angelone*, 248 F.3d 877, 884 (9th Cir. 2001)("Generally, the abuse of the writ doctrine 'forbids the reconsideration of claims that were or could have been raised in a prior habeas petition.'") Petitioner has not responded to the Order to Show Cause. Accordingly, the Court dismisses the current action. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: July 6, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1949-BJC-VET